U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Emily A. Lee
aka Emily A. Samples
10312 Oak Branch Ln
Fort Worth, TX 76140-6516
Account No. xxx-xx-4099
Bankruptcy Case No.: 21-40619
Adversary No.: 21-04047

I certify that U. S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/03/21.

On or about 07/02/19 the borrower executed a promissory note to secure a Direct Consolidation loan from the U. S. Department of Education. This loan was disbursed for $3,219.42 & $90,315.55 on 08/06/19 at 6.75% interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a *et seq.* (34 C.F.R. Part 685).

The Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

Principal:                                              $ 93,534.97
Interest:                                               $  2,068.16

Total debt as of 08/03/21:                              $ 95,603.13

Note: under the CARES Act and subsequent extensions, no payment is due and no interest will accrue between 03/13/20 and 09/30/21. Otherwise, interest accrues on the principal shown here at the rate of $17.29 per day. The loan is serviced by FedLoan Servicing.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 08/03/21

Christopher Bolander
Loan Analyst/Litigation Support

DOE 0001